UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS ROSARIO, | : |
| Petitioner | : CIVIL ACTION NO. 3:22-1488 |
| v. | : (JUDGE MANNION) |
| WARDEN JAMISON, | : |
| Respondent | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*(signature)*
**MALACHY E. MANNION**
**United States District Judge**

DATE: April 5, 2023
22-1488-01